IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE DENNIS, JR., )   No. C 04-4824 SBA (PR)
                    )
    Plaintiff,      )
                    )   **ORDER OF DISMISSAL**
    v.              )
                    )
OFFICER CLARENCE MABANAG, et al., )
                    )
    Defendants.     )
_____)

      Plaintiff Willie Dennis, Jr. is a state prisoner who is currently incarcerated at Avenal State Prison. He filed this pro se action in the Superior Court of the State of California in and for the County of Alameda against Defendants Oakland Police Officers Clarence Mabanag and Tam Dinh and the City of Oakland seeking damages for various violations of state and federal law.

      On November 12, 2004, Defendants removed the action to this Court pursuant to 28 U.S.C. § 1441(b). It was designated as a prisoner civil rights action and assigned to Magistrate Judge Elizabeth D. Laporte.

      Upon review of the complaint pursuant to 28 U.S.C. § 1915A, Magistrate Judge Laporte dismissed with prejudice Plaintiff's state law claims for failure to timely file notice under the California Torts Claims Act, dismissed with prejudice his federal claim of excessive force as time-barred, and dismissed with leave to amend his federal claims of violations of the First, Fourth and Fourteenth Amendments upon finding that Plaintiff's allegations did not support a theory of liability for arrest without probable cause and racial profiling against Defendants. Plaintiff was directed to file an amended complaint to cure the pleading deficiencies.

      On May 4, 2005, this case was assigned to the undersigned for all further proceedings.

      Plaintiff filed his amended complaint on May 31, 2005. The Court has reviewed the amended complaint and finds that it does not cure the pleading deficiencies identified in the Court's Order dismissing the complaint with leave to amend. The amended complaint simply reiterates the basis for Plaintiff's federal claims without alleging sufficient facts. Magistrate Judge Laporte has

1 previously determined that Plaintiff's allegations fail to state a cognizable claim, stating:

> Plaintiff references the First Amendment, but has not made any allegations that support such a violation. He also identifies the Fourth Amendment, but to the extent that his false arrest claim rests on his claim that he was subjected to racial profiling, it would be cognizable under the Fourteenth Amendment, not the Fourth. Whren v. United States, 517 U.S. 806, 813 (1996). It is possible that he is also contending that he was arrested without probable cause, because although he says the officers told him he was stopped for having his car lights out (which is a proper basis for a stop), he also alleges somewhat unclearly that his running lights are always on. He may be able to state a claim of racial profiling, but has not yet alleged sufficient facts to do so.

(Mar. 15, 2005 Order at 2.) The Court finds that Plaintiff again fails to state sufficient facts to support his claims in his amended complaint; therefore, his allegations against all named Defendants do not state a claim for which relief may be granted.

## **CONCLUSION**

For the foregoing reasons and good cause shown, the Court orders as follows:

1. Plaintiff's complaint is DISMISSED without prejudice and without further leave to amend.

2. The Clerk of the Court shall enter judgment in accordance with this Order.

IT IS SO ORDERED.

DATED: 12/24/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
|    FOR THE | |
| 2  NORTHERN DISTRICT OF CALIFORNIA | |

DENNIS et al,

        Plaintiff,

  v.

MABANAG et al,

        Defendant.
                                      /

Case Number: CV04-04824 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Dennis T-56859
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Dated: January 7, 2008

                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk